United States District Court
Southern District of Texas
**ENTERED**
February 27, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:20–mj–00403 |
| § | |
| Kaleb Cole § | |

**ORDER OF DETENTION PENDING HEARING**

A hearing in this case is scheduled as follows:

Identity Hearing
February 28, 2020 at 02:00 PM
Courtroom 700
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 26, 2020

_____
Nancy K. Johnson
United States Magistrate Judge